UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE RAMOS | CIVIL ACTION NO. 07-1503-A |
| -vs- | JUDGE DRELL |
| FREDRICK MENIFEE, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after a de novo review of the record, including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that the Report and Recommendation is not adopted as to the failure to protect claims against the "officer on duty." These claims are preserved. Otherwise,

IT IS FURTHER ORDERED that plaintiff's civil rights complaint be and is hereby DENIED and DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

SIGNED on this 3rd day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE