RECEIVED
IN ALEXANDRIA, LA.
AUG - 2 2012
TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE RAMOS, | CIVIL ACTION 07-1503 |
|     Plaintiff | SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| FREDRICK MENIFEE, et al., | MAGISTRATE JUDGE JAMES D. KIRK |
|     Defendants | |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Ramos' complaint is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of August, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE